# Court of Appeals
# of the State of Georgia

ATLANTA,  January 19, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0756. DEREK MAYANJA v. BANK OZK.**

After Bank Ozk obtained a default judgment against him, Derek Manyanja filed a motion seeking to set aside that judgment under OCGA § 9-11-60 (d). The trial court denied the motion to set aside, and Manyanja filed this direct appeal. We lack jurisdiction.

A party seeking to appeal an order denying a motion to set aside under OCGA § 9-11-60 (d) must file an application for discretionary review. See OCGA § 5-6-35 (a) (8). And where a discretionary application is required, failure to comply with that requirement deprives this Court of jurisdiction. See *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021). Accordingly, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/19/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*